PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (510) 970-4827
   Email: sharon.lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KEYANA RENEE FORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner<br>  Of Social Security,<br><br>    Defendant. | CIVIL NO. 2:22-cv-00494-DMC<br><br>STIPULATION AND ORDER FOR<br>EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between Keyana Renee Ford ("Plaintiff") and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 10) be extended by 30 days. The current deadline is October 3, 2022, and the new deadline would be November 2, 2022. Plaintiff shall file any reply on or before November 17, 2022. This is the first extension of time requested in the above-captioned matter. Undersigned defense counsel respectfully requests this additional time due to an especially busy briefing schedule at

the end of September of 2022 and the beginning of October of 2022, which includes 15 dispositive motions due over a three-week period.

Date: September 9, 2022        LAW OFFICES OF FRANCESCO BENAVIDES

By: /s/ *Francesco Paulo Benavides* *
Francesco Paulo Benavides
(*Authorized by e-mail on September 9, 2022)
Attorneys for Plaintiff

Date: September 9, 2022        PHILLIP A. TALBERT
United States Attorney

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

## ORDER

Pursuant to stipulation, good cause appearing, IT IS SO ORDERED.

Dated: September 13, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE